No. 7457.

## E. W. BURRANK vs. CITY OF NEW ORLEANS.

Claims for damages caused by the expropriation of land for the construction of public works are barred by two years' prescription, which begins to run from the date when the land was actually occupied and used for the construction of the works.

In estimating the value of the expropriated land, the basis of assessment shall be the true value of the land before the contemplated improvement was proposed, without deducting therefrom any sum for the benefit derived by the owner from the improvement when contemplated or after completion.

The expression "basis of assessment" does not mean that the assessment on the tax-rolls is the basis upon which to estimate the value of the property. It means that the value of the property before the improvement was made is the basis which the court shall take upon which to make its assessment of value.

APPEAL from the Third District Court of New Orleans.    MONROE, J.

*Rice* for Plaintiff.    *M' Caleb* for Defendant Appellant.

The claim was for seven hundred and fifty dollars as damages for cutting a canal through a square of ground in New Orleans. A mean of the different values of the land was taken and was thus fixed at $800, and the injury to the square was fixed at twenty-five per centum of that value, and judgment rendered accordingly, thereby reducing that given by the lower court.

MANNING, C. J., delivered the opinion.